THE GILLAM LAW FIRM
*A Professional Law Corporation*
CAROL L. GILLAM, State Bar No. 102354
carol@gillamlaw.com
JULIE A. CHOI, State Bar. No. 281100
julie@gillamlaw.com
1880 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 203-9977
Facsimile:  (310) 203-9922

Attorneys for Plaintiff ELSA DIAZ, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA DIAZ, an individual,<br>             Plaintiff,<br><br>      vs.<br><br>   MINNESOTA LIFE INSURANCE COMPANY, a Minnesota company;  and DOES 1-20, inclusive,<br><br>             Defendants. | CASE NO.: ED CV 12-00022 JAK (SPx)<br>*Assigned to the Hon. John Kronstadt*<br><br>**ORDER DISMISSING CASE**<br><br>**JS-6** |

Good cause having been shown, it is hereby ordered:

The action is hereby dismissed.

DATED: May 29, 2012.

_____

HONORABLE JOHN KRONSTADT

**ORDER DISMISSING CASE**